FILED: May 6, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1191
(1:13-cv-00407-CCE-JLW)

_____

THE ESTATE OF RONALD H. ARMSTRONG, by and through his Administratrix, Jinia Armstrong Lopez

      Plaintiff - Appellant

v.

THE VILLAGE OF PINEHURST; OFFICER JERRY MCDONALD, In his official and individual capacity; OFFICER TINA S. SHEPPARD, In her official and individual capacity; OFFICER ARTHUR LEE GATLING, JR., In his official and individual capacity

      Defendants - Appellees

and

TASER INTERNATIONAL, INC.

      Defendant

_____

O R D E R
_____

Upon review of the submissions relative to the motion to amend the joint appendix, the court grants the motion.

The amended joint appendix is due to be filed on or before May 13, 2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk